**Motion Granted; Order filed August 30, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-22-00078-CV
_____

### MINAZ HASSANALI AND WESTMONT HOSPITALITY GROUP, Appellants

### V.

### MAHENDRA KAPADIA AND WESTCHASE INTERESTS, LLC, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-51498**

## ABATEMENT ORDER

On August 10, 2022, appellants moved to abate this appeal because they filed a motion in the trial court that could render the appeal moot. We GRANT the motion. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **October 31, 2022.** The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.